IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACK ALLEN,

      Petitioner,

v.                                     CASE NO. 4:09-cv-00085-MP-WCS

WALTER MCNEIL,

      Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 24, Report and Recommendation of the

Magistrate Judge, which recommends that petition for writ of habeas corpus filed by Jack Allen

pursuant to 28 U.S.C. § 2254 challenging his conviction for sexual battery in the Circuit Court of

the Second Judicial Circuit, in and for Gadsden County, Florida, case number 2005-CF-375, be

denied with prejudice and that a certificate of appealability be denied pursuant to § 2254 Rule

11(a). Petitioner has not objected to the recommendation, and the time for doing so has passed.

Finding no plain error, it is accordingly

      **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 24, is
        ACCEPTED and incorporated herein.

2.     Second Amended Petition for Writ of Habeas Corpus, Doc.14, is DENIED with
        prejudice.

3.      Certificate of Appealability is DENIED pursuant to § 2254 Rule 11(a).

**DONE AND ORDERED** this   *24th* day of June, 2011

                    *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge